# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PHILIP CANTORE, | ) |
| Plaintiff, | ) Case No. 1:21-cv-05644 |
| v. | ) Honorable Franklin U. Valderrama |
| HEALTH RESOURCE SOLUTIONS, INC., | ) Magistrate Sunil R. Harjani |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Philip Cantore ("Plaintiff" or "Cantore"), and Defendant, Health Resource Solutions, Inc. ("HRS" or "Defendant"), by and through their respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly agree and stipulate to the voluntary dismissal of the above-captioned action in its entirety, with prejudice, and with each party to bear its own attorneys' fees and costs.

Dated this 21st day of October, 2022.

Respectfully submitted,

/s/ Suzanne M. Watson
Suzanne M. Watson
Wis. Bar No. 1079803
**Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**
1243 N. 10th Street, Suite 200
Milwaukee, WI 53205
Telephone: 414.239.6400
Facsimile: 414.755.8289
Email: suzanne.watson@ogletree.com

*Attorneys for Defendant Health Resource Solutions*

Dated this 21st day of October, 2022.

        Respectfully submitted,

        /s/ Nathaniel H. Tone
        Nathaniel H. Tone
        ARDC No. 6302084
        **The Tone Law Office**
        8700 W. Bryn Mawr Ave., Suite 810N
        Chicago, Illinois 60631
        Telephone: 847.414.7506
        Email: ntone@thetonelawoffice.com

        *Attorney for Plaintiff Philip Cantore*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on October 21, 2022, the foregoing ***Joint Stipulation of Dismissal*** was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

>Nathaniel H. Tone
>The Tone Law Office
>8700 W. Bryn Mawr Ave., Suite 810N
>Chicago, Illinois 60631
>ntone@thetonelawoffice.com
>
>*Attorney for Plaintiff Philip Cantore*

        /s/ Suzanne M. Watson